1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 | 332 North Second Street
San Jose, California  95112
3 | Telephone (408) 298-2000
Facsimile  (408) 298-6046
4 | Email:  tanya@moorelawfirm.com

5 | Attorneys for Plaintiff
Ronald Moore

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| RONALD MOORE, | No.  1:14-cv-01141---BAM |
| Plaintiff, | **PLAINTIFF'S *EX PARTE* REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| NIMATEX CO., INC., aka NIMATEX, INC., et al., | New MSC Date:        December 3, 2014 |
| | Time:                        8:30 a.m. |
| Defendants. | Courtroom:              8 |
| | Magistrate Judge Barbara A. McAuliffe |

WHEREAS, a Mandatory Scheduling Conference is currently scheduled in this matter for October 8, 2014;

WHEREAS, Defendant, Nimatex Co., Inc., aka Nimatex, Inc. ("Nimatex"), was served via substituted service with the documents mailed to Nimatex on September 19, 2014, such that Nimatex's responsive pleading is not due until October 20, 2014;

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), and Defendant, Amandeep Singh dba Stop N Save Gasoline aka Arco #82044 ("Singh"), who is presently self-represented, are engaging in settlement discussions and Plaintiff is hopeful that a settlement can be reached with Singh within the next month;

PLAINTIFF'S EX PARTE REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE;ORDER

1    NOW, THEREFORE, Plaintiff respectfully requests a continuance of the Mandatory

2   Scheduling Conference to a date on or after November 19, 2014 at the court's convenience, in

3   order to allow Nimatex to appear in the action, and to allow the parties to meet and confer in

4   advance of the scheduling conference and to further exhaust settlement efforts prior to

5   expending Court resources.

6

7   Dated:  September 23, 2014                        MOORE LAW FIRM, P.C.

8

9                                                   /s/ Tanya E. Moore
                                                    Tanya E. Moore
10                                                   Attorneys for Plaintiff
                                                    Ronald Moore
11

12

13                                          **ORDER**

14        Upon request by Plaintiff and good cause appearing, **IT IS HEREBY ORDERED** that

15   the Mandatory Scheduling Conference currently set for October 8, 2014 be continued to

16   **December 3, 2014 at 8:30 am before Magistrate Judge Barbara A. McAuliffe in**

17   **Courtroom 8** of the above-entitled Court. All other requirements set forth in the Court's

18   Order Setting Mandatory Scheduling Conference (Doc. 3) shall remain unchanged. The

19   Parties are to file a Joint Scheduling Report no later than seven (7) days prior to the

20   Scheduling Conference.

21   IT IS SO ORDERED.

22

23    Dated:    **September 24, 2014**              /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

PLAINTIFF'S EX PARTE REQUEST TO CONTINUE MANDATORY SCHEDULING
CONFERENCE;ORDER