1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   332 North Second Street
    San Jose, California 95112
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   E-mail:  tanya@moorelawfirm.com

5   Attorneys for Plaintiff
    Ronald Moore
6

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                        ) No.  1:14-cv-01141---BAM
                                          )
12            Plaintiff,                  ) **SECOND STIPULATION EXTENDING**
                                          ) **TIME FOR DEFENDANT AMANDEEP**
13       vs.                              ) **SINGH DBA STOP N SAVE GASOLINE**
                                          ) **AKA ARCO #82044 TO RESPOND TO**
14  NIMATEX CO., INC. aka NIMATEX, INC.,  ) **COMPLAINT BY MORE THAN 28 DAYS;**
    et al.;                               ) **ORDER**
15                                        )
              Defendants.                 )
16                                        )
                                          )
17                                        )
                                          )
18  _____      )

19       **WHEREAS,** Plaintiff, Ronald Moore ("Plaintiff"), and Defendant, Amandeep Singh

20  dba Stop N Save Gasoline aka Arco #82044 ("Defendant," and together with Plaintiff, "the

21  Parties"), previously entered into a stipulation granting Defendant to and including September

22  22, 2014 to file a responsive pleading in this matter (Dkt. 6);

23       **WHEREAS,** Plaintiff and Defendant are engaged in settlement negotiations and are

24  hopeful that a settlement will be reached within the next month;

25       **WHEREAS,** Defendant is currently self-represented and desires to conserve attorney

26  fees attendant with hiring an attorney to prepare and file a responsive pleading such that those

27  resources can instead be applied towards settlement;

28

**IT IS HEREBY STIPULATED** by and between Plaintiff, by and through his attorney, and Defendant, who is specially appearing on his own behalf for the sole purpose of obtaining this stipulation, that Defendant may have to and including October 31, 2014 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Dated: October 6, 2014                    MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff,
                                          Ronald Moore

                                          */s/ Amandeep Singh*
                                          Defendant, Amandeep Singh dba Stop N Save
                                          Gasoline aka Arco #82044

I attest that the signature of the person whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document and attribution of his signature was obtained.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff
                                          Ronald Moore

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Amandeep Singh dba Stop N Save Gasoline aka Arco #82044, shall have to and including October 31, 2014 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **October 6, 2014**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE