Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>NIMATEX, CO., INC., aka NIMATEX, INC.,<br>et al.,<br><br>        Defendants.<br>_____ | No.  1:14-cv-01141-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: December 4, 2014                    MOORE LAW FIRM, P.C.


                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorneys for Plaintiff
                                         Ronald Moore

1

**<u>ORDER</u>**

2

Good cause appearing,

3

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5

IT IS SO ORDERED.

6

Dated:   December 4, 2014   _____

7

SENIOR  DISTRICT  JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28